THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS O'DAY,

# 724    

Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.